# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141590

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NIGEL LEE WHITTAKER,
      Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141590
COA: 296914
Wayne CC: 05-007110

      On order of the Court, the application for leave to appeal the July 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

s0131